IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE CINCINNATI INSURANCE COMPANY                                PLAINTIFF

        v.          Civil No. 07-5237

ROTOWORKS INTERNATIONAL LIMITED,
GRASSWORKS!!!, LLC; GRASSWORKS
USA, LLC; ROBERT D. UMBERSON a/k/a
BOBBY UMBERSON; LINDA K. REED; and
METAL WORKS, LLC                                                DEFENDANTS

## O R D E R

It appearing that proceedings in the above matter have been stayed as to separate defendants Robert D. Umberson a/k/a Bobby Umberson and Linda Reed by the filing of bankruptcy proceedings on behalf of each of them, **IT IS ORDERED** that an administrative termination of the case be entered as to those separate defendants, without prejudice to the right of any party to reopen these proceedings, should same be appropriate upon the final disposition of the bankruptcy proceedings filed by Umberson or Reed, for any purpose required to obtain a final determination of this litigation.

**IT IS SO ORDERED** this the 30th day of January 2008.

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE