```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

THE CINCINNATI INSURANCE COMPANY                         PLAINTIFF

       v.           Civil No. 07-5237

ROTOWORKS INTERNATIONAL LIMITED,
GRASSWORKS!!!, LLC; GRASSWORKS
USA, LLC; ROBERT D. UMBERSON a/k/a
BOBBY UMBERSON; LINDA K. REED; and
METAL WORKS, LLC                                         DEFENDANTS

## O R D E R

    Now on this 30th day of June, 2008, comes on for consideration the **Motion For Intervention** (document #11) of Speed Law Firm, and from said motion, and the responses thereto, the Court finds and orders as follows:

    1.   The case at bar is a declaratory judgment action in which plaintiff seeks a declaration that it has no duty to defend or indemnify any entity in litigation styled Rotoworks International, Ltd. v. Grassworks USA LLC, et al., Case Number 07-5009 in the United States District Court for the Western District of Arkansas.

    2.   Intervenor states that it seeks leave to intervene to determine the priority of a lien for attorney's fees and costs incurred in Case Number 07-5009.  Plaintiff does not object to the proposed intervention, but defendant Rotoworks International Limited does, and specifically points out that the Motion For Intervention does not comply with **F.R.C.P. 24(c)**.

    3.   **Rule 24(c)** provides that a motion to intervene must "be

accompanied by a pleading that sets out the claim or defense for which intervention is sought."  Intervenor does not attach a copy of its proposed Complaint In Intervention to its Motion.  Without this, the Court is not in a position to make an informed decision about whether the proposed intervention meets the requirements of **Rule 24.**  For this reason, the motion will be denied.

**IT IS THEREFORE ORDERED** that the **Motion For Intervention** (document #11) of Speed Law Firm is **denied.**

**/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**
